# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 14-7031** **September Term, 2014**

**1:13-cv-01392-CKK**

**Filed On:** October 1, 2014

Jay Liebman and Andrea Liebman,

Appellants

v.

Deutsche Bank National Trust Company, As Trustee For The Registered Holders Of CDC Mortgage Pass Through Certificates, Series 2003-HE4 CDC Mortgage Capital Trust, et al.,

Appellees

## O R D E R

Upon consideration of the motion to extend by 60 days the July 21, 2014 deadline to pay the appellate filing and docketing fee or move for leave to proceed in forma pauperis, and the opposition thereto; and it appearing that the requested 60 days have elapsed and that appellants have neither paid the fee nor moved for leave to proceed in forma pauperis, it is

**ORDERED** that appellants pay the appellate filing and docketing fee to the Clerk of the United States District Court for the District of Columbia, or submit a motion for leave to proceed in forma pauperis, on or before October 15, 2014. Failure to comply with this or any other order of the court will result in dismissal of the case for lack of prosecution. See D. C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellants by certified mail, return receipt requested, and by first class mail.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
John J. Accursio
Deputy Clerk/LD