# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-7031** **September Term, 2014**

**1:13-cv-01392-CKK**

**Filed On: December 9, 2014** [1526384]

Jay Liebman and Andrea Liebman,

Appellants

v.

Deutsche Bank National Trust Company, As Trustee For The Registered Holders Of CDC Mortgage Pass Through Certificates, Series 2003-HE4 CDC Mortgage Capital Trust, et al.,

Appellees

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 1/29/2015
BY: Deputy Clerk
ATTACHED: Amending Order
Opinion
Order on Costs

**ORDER**

By order filed October 22, 2014, appellants were instructed to file initial submissions with the court by November 21, 2014. To date, no filings have been received by the court. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by January 8, 2015.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
John J. Accursio
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: Deputy Clerk