**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CASE NO. 13-1392

| | |
|---|---|
| JAY LIEBMAN, & ANDEA LIEBMAN | ) |
| | ) **DEMAND FOR** |
| | ) **JURY TRIAL** |
| Plaintiffs, | ) |
| V. | ) ASSOCIATED CASES: |
| | ) |
| DEUTSCHE BANK NATIONAL TRUST | )USDC CASE#12-22776-RR |
| COMPANY, (AS TRUSTEE FOR THE | )USDC CASE#11-10478-EE |
| REGISTERED HOLDERS OF CDC MORTGAGE | )DADE COUNTY CIRCUIT |
| MORTGAGE CAPITAL TRUST 2003 -HE4 | ) CASE# 10-35247 CA 01V |
| MORTGAGE PASS THROUGH CERTIFICATES | ) CASE# 10-40735 CA 22 |
| 2003-HE4 CDC MORTGAGE CAPITAL TRUST | ) |
| et al. | ) |
| Defendants | |

**PLAINTIFFS MOTION FOR RELIEF FROM JUDGMENT ACCORDING TO FRCP RULE 60 SUPPORTING DOCUMENTATION TO FOLLOW**

**Plaintiffs, Jay Liebman and Andrea Liebman, hereby file Plaintiffs Motion For Relief From Judgment According To FRCP Rule 60 Supporting Documentation To Follow:**

**Rule 60. Relief From Judgment or Order**
(b) MISTAKES; INADVERTENCE; EXCUSABLE NEGLECT; NEWLY DISCOVERED EVIDENCE; FRAUD, ETC. On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake,inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of anadverse party; (4) the judgment is



RECEIVED
Mail Room
FEB 11 2015
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment. The motion shall be made within a reasonable time, and for reasons (1), (2), and (3) not more than one year after the judgment, order, or proceeding was entered or taken. A motion under this subdivision (b) does not affect the finality of a judgment or suspend its operation. This rule does not limit the power of a court to entertain an independent action to relieve a party from a judgment, order, or proceeding, or to grant relief to a defendant not actually personally notified as provided in Title 28, U.S.C., § 1655, or to set aside a judgment for fraud upon the court. Writs of coram nobis, coram vobis, audita querela, and bills of review and bills in the nature of a bill of review, are abolished, and the procedure for obtaining any relief from a judgment shall be by motion as prescribed in these rules or by an independent action.
(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Mar. 2, 1987, eff. Aug. 1, 1987.)

**Jay Liebman et al. Humbly this Motion For Relief From Judgment According To Rule FRCP Rule 60 Documentation Will Follow.**

**Note: Bascom Palmer 3 page Letter attached Dated 1-9-2015 as to Dr. Jay Liebman handicap of being blind in right eye and the debilitating effects on his left eye with sight and the effecting his ability to prepare documents for the Court needing additional to time.**

**Date: 2-11-2015**

**Prepared by:**
**Dr. Jay Liebman Pro se**
**Dr. Andrea Liebman Pro se**
**P.O. Box 3661**
**Hallandale, Fl. 33008**
**Tel. 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**

Dr. Jay Liebman Pro se

**Dr. Jay Liebman Pro se**

Dr Andrea Liebman pro se

**Dr. Andrea Liebman Pro se**

Jay Liebman & Andrea Liebman Hereby Certify that on the Feb. 11, 2015 that copies were sent by U.S. Mail, Fed Express & Or by Fax to:

1. Honorable United States District Court Judge Colleen Kollar-Kotelly
   United States District Court of Columbia
   333 Constitution Av. NW
   Washington D.C. 20001
2. John J. Bajger Assistant Attorney General
   Office Of The Attorney General
   1515 N. Flagler Dr. Suite 900
   West Palm Beach, Fl. 33401-3432
   Tel. # 561-837-5000  Fax # 561-837-5102
3. Christopher M. Corchiarino Esq.
   C/O Goodell, De Vies, Leech & Dann, LLP
   One South St., 20th Floor
   Baltimore, Maryland 21202
   Tel. # 410-783-4038  Fax # 410-783-4040

January 9. 2015

Patient: **Jay Liebman**
MR Number **9914206**
Date of Birth: **6/27/1948**
Date of Visit **1/7/2015**

To Whom It May Concern:

Below are the relevant portions of my assessment and plan of care. We will keep in touch regarding your patient

**Assessment/Plan**

**1. H/o neurotrophic K Ulcer OD with acanthamoebal superinfection s/p PKP (failed)- now with dense scar**
-Pt has subjective sensation of vision, but unable to demonstrate perception of light on exam today and has been documented NLP since 2012 (Dr.Kendall Donaldson)
-Pain may be due to elevated IOP (although ? if accurate measurement) vs. Surface irregularity from scar
-Consider Gunderson flap in the future
-Would not recommend repeat corneal transplant
- Patient requests a note to reduce his work. He states that straining in his good eye increases his pain and stress in the bad eye. He is concerned that the thinned cornea may perforate at any moment.

**2. H/o Band K OD s/p removal 11/2013**

**3. Pseudophakia OD**
-Stable; observe

**4. Cataract OS**
-Observe for now

**5. MGD OU**

I recommend that due to Mr. Liebman painful blind right eye that he decrease his visual workload for the next several months to decrease his discomfort in his fellow eye. He will return in 3-4 months to re-evaluate this activity restriction.

Below you will find my full exam findings. If you have questions, please do not hesitate to call me. I look forward to following your patient along with you.

Sincerely.

Base Eye Exam

## Visual Acuity

| | Right | Left |
| --- | --- | --- |
| Snellen - Linear<br>Glasses | HM | 20/20 |

## Visual Acuity #2

| | Right | Left |
| --- | --- | --- |
| Snellen - Linear<br>Checked by MD | NLP | |

## Tonometry

| | Right | Left |
| --- | --- | --- |
| Tonopen<br>11:25 AM | 34 | 15 |

## Neuro/Psych

Yes
Normal

Slit Lamp and Fundus Exam

## Slit Lamp Exam

| | Right | Left |
| --- | --- | --- |
| | Normal | Normal |
| | | White and quiet |
| | | Clear |
| | | Deep and quiet |
| | | Round and flat |

Sonia H. Yoo, MD

CC
No Recipients