**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JAY LIEBMAN, *et al.*,
Plaintiffs
v.
DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*,
Defendants

Civil Action No. 13-1392 (CKK)

**ORDER**
(April 8, 2015)

On February 11, 2015, Plaintiffs, proceeding *pro se*, filed a [55] motion captioned Motion for Relief from Judgment According to FRCP Rule 60, Supporting Documentation to Follow. Plaintiffs did not state the reasons for the motion or the relief that they sought. In their motion, they only printed the text of Federal Rule of Civil Procedure 60 and noted that a letter was attached stating that Plaintiff Jay Liebman was blind in his right eye and had "debilitating effects on his left eye with sight and the effecting his ability to prepare documents for the Court needing additional to time."

Plaintiffs' motion fails to comply with the minimum requirements for motions in this Court. Local Civil Rule 7 states that "each motion shall include or be accompanied by a statement of the specific points of law and authority that support the motion, including where appropriate a concise statement of facts." LCvR 7(a). The motion filed contains no reference to any law or facts that would provide the basis for relief from the judgment in this case. More fundamentally, the motion, as filed, does not even state the relief that Plaintiffs seek or the reasons why Plaintiffs belief that such relief would be warranted.

Accordingly, the motion is DENIED.

The Clerk of the Court shall mail a copy of this order to Plaintiffs' address of record.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge